UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL VALDEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>SI SE PUEDE PROGRAM, et al.,<br><br>           Defendants. | Case No. 21-cv-03121-JST<br><br>**ORDER OF DISMISSAL** |

On or about April 28, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted an *in forma pauperis* application. ECF No. 3. The Court provided Plaintiff with a blank *in forma pauperis* application and a postage-paid return envelope. ECF No. 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Plaintiff has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: June 17, 2021

_____
JON S. TIGAR
United States District Judge